UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PEDRO LUIS RAMOS, III, individually and on behalf of persons similarly situated, | : : : | CIVIL ACTION NO. 3:23-CV-00610 (VAB) |
| Plaintiff | : : | |
| v. | : : | |
| ADP SCREENING AND SELECTION SERVICES, INC., | : : : | |
| Defendant | : | JULY 19, 2023 |

## JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE FARRISH FOR EARLY SETTLEMENT CONFERENCE

The parties jointly and respectfully request referral to Magistrate Judge Farrish for an early, pre-discovery settlement conference. The parties specifically request Judge Farrish in light of his familiarity with the parties, facts, and issues in this matter, having recently conducted a settlement conference in a related case, Ramos v. New Benevis, Inc., 3:23-cv-00184 (OAW), which resolved in early June 2023.

| | |
|---|---|
| PLAINTIFF, PEDRO LUIS RAMOS, III | DEFENDANT, ADP SCREENING AND SELECTION SERVICES, INC. |
| By  /s/ Richard E. Hayber  Richard E. Hayber, Esq. Michael T. Petela, Jr., Esq. Thomas J. Durkin, Esq Hayber, Mckenna & Dinsmore, LLC 750 Main Street, Ste 904 Hartord, CT 06103 Phone: 860-522-8888 Fax: 860-218-9555 rhaber@hayberlawfirm.com mpetela@hayberlawfirm.com tdurkin@haperlawfirm.com  His Attorneys | By  /s/ Jeffrey A. Fritz  Jeffrey A. Fritz, ct26667 FISHER & PHILLIPS LLP 200 State Street, 7th Floor Boston, Massachusetts 02109 (617) 722-0044 *jfritz@fisherphillips.com*  Its Attorney |

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                */s/ Jeffrey A. Fritz*
                Jeffrey A. Fritz