UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PEDRO LUIS RAMOS, III, individually and on behalf of persons similarly situated, | : | CIVIL ACTION NO. 3:23-CV-00610 (VAB) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ADP SCREENING AND SELECTION SERVICES, INC., | : | |
| | : | |
| Defendant. | : | DECEMBER 19, 2023 |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Pedro Luis Ramos III and Defendant ADP Screening and Selection Services, Inc., by and through their undersigned counsel, hereby agree and stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this entire action, including all claims in Plaintiff's Complaint against Defendant, are hereby dismissed with prejudice as to future action, with each party to bear her or its own respective costs, court costs, expenses, and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF, <br> PEDRO LUIS RAMOS, III | DEFENDANT, <br> ADP SCREENING AND SELECTION SERVICES, INC. |
| By: *Richard E. Hayber* <br> (*via telephonic approval 12/19/23*) <br> Richard E. Hayber, Esq. <br> Michael T. Petela, Jr., Esq. <br> Thomas J. Durkin, Esq. <br> Hayber, Mckenna & Dinsmore, LLC <br> 750 Main Street, Ste. 904 <br> Hartord, CT 06103 <br> Phone: 860-522-8888 <br> Fax: 860-218-9555 <br> *rhaber@hayberlawfirm.com* <br> *mpetela@hayberlawfirm.com* <br> *tdurkin@haperlawfirm.com* <br><br> His Attorneys | By: *Richard A. Millisor* <br> Richard A. Millisor, Esq. (OH Bar No. 0062883) <br> FISHER & PHILLIPS LLP <br> 200 Public Square, Suite 4000 <br> Cleveland, Ohio 44114 <br> (440) 838-8800 <br> *rmillisor@fisherphillips.com* <br><br> Jeffrey A. Fritz, Esq. (ct26667) <br> FISHER & PHILLIPS LLP <br> 200 State Street, 7th Floor <br> Boston, Massachusetts 02109 <br> (617) 722-0044 <br> *jfritz@fisherphillips.com* <br><br> Its Attorneys |

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2023, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    *Richard A. Millisor*
                                    Richard A. Millisor